UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DIEUNE DUMERVIL,

      Petitioner,

    v.                                 CAUSE NO. 3:26cv707 DRL-SJF

BRIAN ENGLISH,

      Respondent.

<u>ORDER</u>

Dieune Dumervil, a litigant without counsel, filed a habeas petition challenging the legality of his immigration-related detention and seeking release from custody. However, he already has another habeas case pending in which he challenges the legality of his detention. *See Dumervil v. English*, 3:26cv580 (N.D. Ind. filed Apr. 30, 2026). The court recently ordered briefing on his petition in the first-filed case, and his claims remain unresolved. Therefore, this case will be dismissed as duplicative. *Serlin v. Arthur Andersen & Co.*, 3 F.3d 221, 223 (7th Cir. 1993) (court has discretion to dismiss federal case when it duplicates claims in another pending case).

For these reasons, this action is DISMISSED as duplicative of 3:26cv580. The clerk is DIRECTED to close this case.

SO ORDERED.

May 28, 2026                              *s/ Damon R. Leichty*
                                           Judge, United States District Court